IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JOHN STEPHEN COLEMAN, SR., #223 809 | * |
|     Petitioner, | * |
| v. | *    2:07-CV-294-MHT |
| WARDEN DAVENPORT, *et al.*, | * |
|     Respondents. | * |

_____

**ORDER OR MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

DONE, this 11th day of April 2007.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE