| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Malen Black_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 4/12/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Carter F. Davenport, Warden<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, AL 36017<br><br>07cv294 Pet & OP | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 4348 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540