*The Court*

In The United STATES District Court for
The Middle District of ALABAMA

John STEVEN Coleman
AIS 223809
EASTerling Correctional Facility
200 Wallace Drive
Clio AL. 36017

---

## TRAVERSE

---

CIVIL Action No. 2:07-CV-00294 MHT
(WO)

Signature
John Steven Coleman

COURT

Petioner's TRAVERSE To Courts order, "Exh. H, IN THE SUPreme Court's order March 14, 2007 CASE 1060843; Motion For Production

1: Rule 3(A) § 2254 Cases Rules Requiring Petitioner to file more than one copy are anchronistic when Court Clerks have easier access to Zerox Machines than do Persons in Prison. Davis v. Mueller 481 F. Supp. 888-890. (D.N.D. 79) Aff'd 643 F.2d 521 (8th Cir) cert. denied 454 U.S. 892(1980).

2: Contrary to Respondents answer to Courts order to show cause in Civil Act, "Id." through the Attorney General of the State of Alabama mandatory discovery Rule, 26 Fed. Rules of Civil Procedure All arguments realleged and incorporated by reference Petitioner's Allegations in Civ. Act. No. 2:07-CV-00294-Respondents.

3: Sense A ProSe inmates Petition is deemed Filed the date it is delivered to prison officials for mailing. Houston v. Lack 487 U.S. 266, 271-272 (88); Adams v. States 173 F.3d 1339, 1340-41 (11th Cir. 1999); Garvey v. Vaughn 993 F.2d 776, 780 (11th Cir. 93); Absent evidence to the contrary in the forms of Prison logs or other records [This Court] must Assume that [The instant petition was delivered to Prison authorities the day [Petitioner] signed it." Washington v. United States 243 F.3d 1299, 1301 (11th Cir. 2001); Fed. Rules of

-1- John Stephen Coleman

of Appellate Procedure Rule 4(A)(i). "At the moment of delivery to Prison authorities for mailing to Court." "Houston" supra. Coleman's Notice of Appeal was timely Filed under F Allen v. United States (La) 378 U.S. 129, 12 LEd 2d 760, 84 S.Ct. 1089.

4:   The Respondents, the Court of Appeals erred in holding that it lack Jurisdiction when there is a strong Possibility that Coleman's Notice of Appeal may have been received within 30 days of entry of order dismissing his Petition. The Court of Appeals erred in dismissing the Appeal when there were "unique" circumstances under HARRIS Truck Lines, Inc. v. Cherry Meat Packers, Inc. (1962) 371 U.S. 215, 9 L.Ed. 2d 261, 83 S.Ct. 283, in that Petitioner's reliance upon the actions of the lower, district Courts and Court of Appeals as assurance that his Appeal ok was timely.

5:   Petitioner John Stephen Coleman, Sr. realleges and Incorporates by reference his Allegations in Paragraphs [1] through [4] as if Fully restated herein.

6:   Coleman's Notice of Appeal should be treated as a Motion for Appealability [extension of time under 4(A)5.

_____ 28 U.S.C. §1746   -2-   John Coleman _____

17: The Petitioner seeks relief in the District Court Rule 60. Fed. Rule Civil Procedure.

Dated 7-1-07

Signed John Stephen Coleman

_____
Pro Se

Certificate of Service

John Stephen Coleman "Sr" served the 1st of July by deposite in legal mail 28 U.S.C. 1746 [18 U.S.C. § 1631-1633.

Signature John Stephen Coleman
of Pro-Representation



John Steven Clemmon
Easterling Correctional Facility
200 Wallace Drive
Clio, AL, 36017

Legal Mail

Civ. Act. 2:07-CV-00294
MHT (wo)

MONTGOMERY AL 361
08 JUL 2007 PM 2 T

United States District
Court: Office of Clerk
Post Office Box 711
Montgomery, Ala.
36101-0711