IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN STEPHEN COLEMAN, SR., | ) | |
| AIS# 223809 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | 2:07-CV-00294-MHT (WO) |
| | ) | |
| WARDEN DAVENPORT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Carter Davenport, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Carter Davenport, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Carter Davenport is not currently the Warden of Easterling Correctional Facility where Coleman is incarcerated. Neither the Alabama Attorney General nor Louis Boyd, the current Warden of Easterling

Correctional Facility possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.

                                              /s/ John M. Porter
                                              John M. Porter
                                              Counsel for Troy King and Louis Boyd

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2008, I have filed the foregoing with the Clerk of this Court and the same on Petitioner at:

John Stephen Coleman
AIS# 223809 - E2-G1-B
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

                                                                   /s/ John M. Porter
                                                                 John M. Porter (POR023)
                                                                 Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jporter@ago.state.al.us