IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN STEPHEN COLEMAN, SR., #223809, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:07cv294-MHT (WO) |
| WARDEN DAVENPORT, et al., ) ) | |
| Respondents. ) | |

**OPINION AND ORDER**

On October 21, 2009, the magistrate judge filed a recommendation (Doc. # 16) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 16) is adopted and that the petition for habeas-corpus relief (Doc. # 1) is denied as time-barred.

Done this the 17th day of November, 2009.

　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE