IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN STEPHEN COLEMAN, SR.,       )
#223809,                         )
                                 )
            Petitioner,          )
                                 )
      v.                         )        CIVIL ACTION NO. 2:07cv294-MHT
                                 )                    (WO)
WARDEN DAVENPORT, et al.,        )
                                 )
            Respondents.         )

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the court, it is ORDERED

and ADJUDGED that the petition for habeas-corpus relief (Doc. # 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution

may issue.

The clerk of court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 17th day of November,  2009.


        /s/  Myron H. Thompson
    UNITED STATES DISTRICT JUDGE